IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:20-CR-014 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| TYRONE CANNON, | ) | |
| | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| Defendant. | ) | Re: iPhone S cell phone |

It appears to the Court that proper proceedings for the issuance of this Preliminary Order of Forfeiture have been had in this case as follows:

1. On January 8, 2020, a two-count Indictment (R. 1) was returned in the above-captioned case, which charged defendant Tyrone Lewis Cannon, aka "Bama", as follows:

   Count 1: Sex Trafficking of a Minor, in violation of 18 U.S.C. Sections 1591(a)(1) and 1591(c).

   Count 2: Sex Trafficking of a Minor, in violation of 18 U.S.C. Sections 1591(a)(1) and 1591(c).

2. The forfeiture provision set forth in the Indictment (R. 1) specified as follows:

   The allegations of Counts 1 and 2 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 1594. As a result of the foregoing offenses, Defendant TYRONE LEWIS CANNON, aka "BAMA," shall forfeit to the United States: (i) all property, real and personal, that was involved in, used - or intended to be used - to commit or to facilitate the commission of the offenses, and all property traceable to such property; and, (ii) all property, real and personal, constituting - or derived from – any proceeds that the defendant obtained, directly or indirectly, as a result of the offenses, and all property traceable to such property; including, but not limited to, the following: iPhone S cell phone, black and gold.

3. A change of plea hearing as to defendant Cannon was held via video on September 16, 2020. The parties consented to the proceeding via video and a plea agreement was executed. Defendant Cannon entered a guilty plea as to Counts 1 and 2 of the Indictment. (*See*, Minutes of Proceedings [non-document], filed on September 16, 2020).

4. With respect to forfeiture, defendant Cannon agreed as follows at paragraph 5 (PageID Nos. 58 & 59) of the written plea agreement (R. 20):

> 5. **Forfeiture**. Defendant agrees as part of this plea agreement to the forfeiture of the following property to the United States: iPhone S cell phone, black and gold.
>
> A. Defendant further agrees that this property is subject to forfeiture under 18 U.S.C. § 1594(d)(1) as it was involved in and used to facilitate the commission of the offense charged in Counts 1 and 2 of the Indictment.
>
> B. Defendant states that he will take whatever steps are necessary to effectuate the forfeiture of the property to the United States; including, but not limited to, the execution of whatever agreements, stipulations, and/or other documents that are necessary to effectuate the forfeiture.
>
> C. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, Defendant consents that this forfeiture will become final as to him upon the Court's entry of the Preliminary Order of Forfeiture.

5. Based upon the foregoing, and pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture is entered as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED**

6. The United States shall seize and take control of the following property, and it hereby is forfeited to the United States under 18 U.S.C. § 1594(d)(1) for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 28 U.S.C. § 2461(c)]:

- iPhone S cell phone, black and gold.

7. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order on an official government internet site for at least 30 consecutive days.

8. Upon completion of publication, this Court will enter a final order in accordance with 21 U.S.C. § 853(n).

**SO ORDERED** this __22__ day of September, 2020.

    s/ Jeffrey J. Helmick
Jeffrey J. Helmick
United States District Judge, N.D. Ohio